IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Petitioner,<br><br>v.<br><br>DAVID C. FORCE, JR.,<br><br>      Respondent. | Civil A. No. |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, through its counsel, Erek L. Barron, United States Attorney for the District of Maryland, and Michael J. Wilson, Assistant United States Attorney for that district, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of Title 26, U.S.C, to judicially enforce an Internal Revenue Service summons.

II.

Erin Kennedy is a Revenue Officer of the Internal Revenue Service, employed in the Small Business/Self-Employed Division Central Compliance Area, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1.

III.

The respondent, David C. Force, Jr., resides or is found at 112 Heron Court, Havre De Grace, Maryland 21078-4223 within the jurisdiction of this court.

IV.

Revenue Officer E. Kennedy is conducting an investigation into the tax liability of David C. Force, Jr., for the Form 1040 for the calendar periods ending December 31, 2012, December 31, 2013, December 31, 2014, and Form CIVPEN for the quarterly periods ending December 31, 2012, December 31, 2013, December 31, 2014, and December 31, 2015, as is set forth in the Declaration of Revenue Officer attached hereto as **Exhibit 1**.

V.

The respondent, David C. Force, Jr., is in possession and control of testimony and other documents concerning the above-described investigation.

VI.

On October 24, 2023, an Internal Revenue Service summons was issued by Revenue Officer, E. Kennedy directing the respondent, David C. Force, Jr., to appear before Revenue Officer E. Kennedy on November 16, 2023, at 31 Hopkins Plaza, Baltimore, MD 21201-2825, to testify and to produce books, records, and other data described in the summons. An attested copy of the summons was left at the last and usual place of abode of the respondent, David C. Force, Jr., by Revenue Officer E. Kennedy on October 24, 2023. The summons is attached and incorporated as **Exhibit 2**.

VII.

On November 16, 2023, the respondent, David C. Force, Jr., did not appear in response to the summons. The respondent's refusal to comply with the summons continues to date as is set forth in the declaration of Revenue Officer E. Kennedy. *See* Exhibit 1.

VIII.

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

X.

It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the Federal tax liability of David C. Force, Jr., on Form 1040 for the calendar periods ending December 31, 2012, December 31, 2013, December 31, 2014, and Form CIVPEN for the quarterly periods ending December 31, 2012, December 31, 2013, December 31, 2014, and December 31, 2015, as is evidenced by the declaration of E. Kennedy attached and incorporated as part of this petition.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent, David C. Force, Jr., to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, David C. Force, Jr., to obey the aforementioned summons and each and every requirement thereof by ordering the

attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer E. Kennedy or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer E. Kennedy, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

EREK L. BARRON
United States Attorney

\_\_\_\_\_/s/_____
Michael J. Wilson (Bar No: 18970)
Assistant United States Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4941
Michael.Wilson4@usdoj.gov

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2024, I sent a copy of the foregoing by first-class mail to:

    David C. Force, Jr.
    112 Heron Court
    Havre De Grace, Maryland 21078-4223

                                                  /s/
                                          Michael J. Wilson